JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNCH,<br><br>    Plaintiff,<br><br> v.<br><br>C. BARBER et al.,<br>    Defendants. | CASE NO. 2:15-CV-00606-DOC (SK)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the action dismissed without prejudice.

DATED: September 7, 2016

*David O. Carter*

DAVID O. CARTER
U.S. DISTRICT JUDGE